UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES SMILEY**                                                                                               **PLAINTIFF**

v.                                              No. 4:20-cv-102-JM

**LITTLE ROCK DONUTS, LLC,**
**CONNOR GRIMES and HEATHER GRIMES**                                      **DEFENDANTS**

## ORDER

Pending is the parties' joint motion for approval of settlement and partial dismissal. (Doc. No. 11). Upon review, the parties' agreement appears fair, reasonable and adequate. *In re Flight Transp. Corp. Securities Litigation*, 730 F.2d 1128, 1135 (8th Cir. 1984). The settlement appears to be the product of arm's length negotiations and adequately compensates Plaintiff for his claims. Accordingly, the settlement is APPROVED. The motion is GRANTED, and this case is dismissed WITH PREJUDICE.

By May 13, 2021, counsel for Plaintiff should submit a petition for attorneys' fees and costs. Defendants will have seven days to respond to the petition. The Court will then determine a reasonable amount of fees and costs to be awarded Plaintiff's counsel. Plaintiff's counsel is cautioned to submit a well-edited fee statement.

IT IS SO ORDERED this 15th day of April, 2021.

_____
James M. Moody Jr.
United States District Judge